UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>        v.<br><br>M.S., a minor by and through her guardian, VAHE SAROYAN; MIHRAN PAPAZIAN; and DOES 1-10,<br><br>    Defendants. | Case No. 2:19-cv-09628 MCS AGRx<br><br>**JUDGMENT OF DISCHARGE IN INTERPLEADER AND AWARD OF ATTORNEYS' FEES AND COSTS** |

In accordance with the granting of ReliaStar Life Insurance Company's motion for entry of judgment of discharge in interpleader and award of attorneys' fees [ECF No. 98], and for good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.     ReliaStar Life Insurance Company has properly filed the Complaint in Interpleader and stated a proper cause for interpleader.

2.     ReliaStar Life Insurance Company, its predecessors, successors, affiliates, parent corporations, employees, officers and agents are fully and forever released, discharged and acquitted of any liability of any kind or nature whatsoever with respect to

the terms of the Policy, the Death Benefits payable under the Policy, and/or the death of Decedent as to all claims, charges, demands, or otherwise that exist now or may arise at any time in the future.

3. That defendants are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against ReliaStar Life Insurance Company, its predecessors, successors, affiliates, parent corporations, employees, officers and agents with respect to the terms of the Policy, the Death Benefits payable under the Policy, and/or the death of Decedent as to all claims, charges, demands, or otherwise that exist now or may arise at any time in the future.

4. ReliaStar Life Insurance Company is awarded its reasonable attorneys' fees and costs of $43,075.72. The Court Clerk is ordered to immediately distribute $43,075.72 to ReliaStar Life Insurance Company from the interpleader funds on deposit herein. Such check shall be made payable to ReliaStar Life Insurance Company and mailed to ReliaStar Life Insurance Company's counsel of record, Jodi K. Swick, McDowell Hetherington LLP, 1 Kaiser Plaza, Suite 340, Oakland, CA 94612.

Dated: March 16, 2021

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

cc: Fiscal Department