Eric Olson #37630
Baker, Olson, LeCroy & Danielian
100 W. Broadway #990
Glendale, CA 91210
Tel: 818 502 5600
Fax: 818 241 2653
Email:     eoesq@boldlaw.com

ATTORNEYS FOR CHARLES L.
LeCROY III as Successor Guardian ad Litem of M.S.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY<br>           Plaintiff,<br>vs.<br>M.S. a minor by and through her guardian CHARLES L. LeCROY III, VAHE SAROYAN, MIHRAN PAPAZIAN, DOES 1-10,<br>           Defendants. | NO. 2.19-CV-09628-MCS-AGRx<br><br>[proposed] ORDER ON MOTION BY CHARLES L. LeCROY III AS GAL OF M.S. TO STAY PROCEEDINGS TO PROTECT 5TH AMENDMENT RIGHTS OF M.S.;<br><br>Hearing:    July 12, 2021<br>Time:       9:00 am<br>Courtroom:  7C<br>            350 W. First St<br>            Los Angeles, CA<br>Hon. Mark C. Scarsi |

   Upon the Motion of Charles L. LeCroy III, Guardian ad Litem of M.S. and good cause appearing

IT IS ORDERED that further proceedings in the within case are stayed pending the resolution of Los Angeles Police Department Case No. 211606525  in order

[proposed]ORDER ON MOTION BY CHARLES L. LeCROY AS GAL OF M.S. TO STAY PROCEEDINGS TO PROTECT 5TH AMENDMENT RIGHTS OF M.S. 1

to protect the 5th Amendment rights of the minor, M.S.

dated: July\_\_, 2021

_____

United States District Judge