**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIASTAR LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>M.S., a minor by and through her guardian, VAHE SAROYAN; MIHRAN PAPAZIAN; and DOES 1–10,<br><br>Defendants. | Case No. 2:19-cv-09628-MCS-AGR<br><br>**JUDGMENT AND ORDER OF INTERPLEADER DISBURSEMENT**<br><br>**(REDACTED VERSION OF DOCUMENT CONCURRENTLY FILED UNDER SEAL)** |

Pursuant to the Court's Order Re: Amended Petition for Approval of Minor's Compromise (ECF No. 144), it is ORDERED, ADJUDGED, and DECREED:

1. The Court is holding interpleader funds in the amount of $1,045,618.83, less $43,075.72 disbursed to ReliaStar Life Insurance Company ("Interpleader Funds"). (*See* ECF Nos. 43, 100.) The Interpleader Funds shall be disbursed as follows:

    A. 75% of the Interpleader Funds, plus any accrued interest, plus $26,230.65 (an agreed-upon arrearage amount from Vahe Saroyan's share), shall be

disbursed to M.S., payable to Charles L. LeCroy III, as Trustee of The ███████ Trust ("M.S. Trust"), for the benefit of M.S.

 B. 25% of the Interpleader Funds, plus any accrued interest, less $26,230.65 (the arrearage amount), shall be disbursed to Vahe Saroyan, payable in trust to Evelyn J. Abasi, Attorney at Law IOLTA.

2. The Court reserves jurisdiction to consider petitions for compensation for Charles L. LeCroy III as guardian ad litem, for attorney fees and costs for Baker, Olson, LeCroy & Danielian, and for attorney fees and costs for April Verlato. The petitions must be filed within 14 days of the state probate court's decision regarding any fee applications by M.S., her guardians, or her attorneys. *See* Fed. R. Civ. P. 54(d)(2)(B) (authorizing courts to set attorney fee motion deadlines). Pursuant to the parties' Settlement Agreement, any compensation to be fixed by the Court will be taken from the funds disbursed to M.S.

3. The Court approves the M.S. Trust pursuant to California Probate Code sections 3600, 3602(c)(3), and 3611(g).

 A. The M.S. Trust shall be revocable by the minor, M.S., upon attaining the age of 18 years on April 1, 2022.

 B. The funds in the M.S. Trust, other than those required to fund current distributions, shall be maintained in an interest-bearing account(s) at one or more properly insured financial institutions.

 C. Charles L. LeCroy III, as Trustee, shall distribute the amounts called for by the Settlement Agreement and may, in his discretion, distribute to or for the benefit of M.S. such amounts of the income and principal of the M.S. Trust, up to the whole thereof, as the Trustee may deem necessary for the health, support, maintenance, education, care, and comfort of M.S. Without limitation, such amounts shall include payments for the purchase of the interest of Vahe Saroyan in the Burbank Condo (including incidental expenses such as title insurance), advances to the probate estate

contemplated to be opened, payments for the First Deed of Trust and Homeowners' Association assessments, property taxes, insurance, maintenance and repairs to the Burbank condo, and may include payments for a car (when M.S. gets a driver's license) and insurance, school expenses and other living expenses, and administrative expenses of such Trusteeship, including the bond provided. Such disbursements may be made directly or by allowance to M.S. to make such payments.

D. Charles L. LeCroy III, as Trustee, shall account for the funds of the M.S. Trust through April 1, 2022 (in addition to the accountings otherwise provided for), and such accounting shall be presented to this Court for approval.

E. Charles L. LeCroy III, as Trustee, shall post a bond in accordance with the provisions of California Probate Code section 2320(c)(4) in the amount of $806,848.25.

4. Upon distribution of the interpleaded funds, this matter shall be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: November 15, 2021

*Mark C. Scarsi*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

cc: Fiscal Department